### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| JACOB CRUMPLEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-02298-CM-GLR |
| | ) |
| ASSOCIATED WHOLESALE GROCERS, | ) |
| | ) |
| and | ) |
| | ) |
| CLARENCE M. KELLEY & ASSOCIATES, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

### CERTIFICATE OF SERVICE

Plaintiff, by and through counsel, hereby certifies that on this 19th day of October, 2016, a true and correct copy of Plaintiff's Responses and Objections to Defendant Clarence M. Kelley & Associates, Inc.'s First Request for Production of Documents were sent, via electronic mail and first class U.S. Mail, postage prepaid, to:

Sean M. Sturdivan
Kaitlin Marsh-Blake
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100 Fax: (913) 234-6199
s.sturdivan@swrllp.com
K.marsh-blake@swrllp.com

ATTORNEYS FOR DEFENDANT
CLARENCE M. KELLEY & ASSOC.

Karen R. Glickstein
Katharine K. Sangha
POLSINELLI PC
900 West 48th Place
Kansas City, MO 64112
Phone: 816-753-1000
Fax: 816-753-1536

1

kglickstein@polsinelli.com
ksangha@polsinelli.com

ATTORNEYS FOR DEFENDANT
ASSOCIATED WHOLESALE GROCERS, INC.

              Respectfully Submitted,

              EDELMAN, LIESEN & MYERS, L.L.P.

              <u>/s/ Katherine E. Myers</u>
              Katherine E. Myers, KS #25833
              4051 Broadway, Suite 4
              Kansas City, MO 64111
              Tel: (816) 533-4976
              Fax: (816) 463-8449
              kmyers@elmlawkc.com

              ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 19th day of October, 2016, a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Sean M. Sturdivan
Kaitlin Marsh-Blake
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100 Fax: (913) 234-6199
s.sturdivan@swrllp.com
K.marsh-blake@swrllp.com

ATTORNEYS FOR DEFENDANT
CLARENCE M. KELLEY & ASSOC.

Karen R. Glickstein
Katharine K. Sangha

POLSINELLI PC
900 West 48th Place
Kansas City, MO 64112
Phone: 816-753-1000
Fax: 816-753-1536
kglickstein@polsinelli.com
ksangha@polsinelli.com

ATTORNEYS FOR DEFENDANT
ASSOCIATED WHOLESALE GROCERS, INC.


By:/s/Katherine E. Myers_____
Katherine E. Myers

ATTORNEY FOR PLAINTIFFS