IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACOB A. CRUMPLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-02298-DDC-GLR |
| | ) |
| ASSOCIATED WHOLESALE GROCERS, INC., | ) |
| ET AL. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DEFER RULING ON DEFENDANT ASSOCIATED WHOLESALE GROCERS, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SURREPLY MEMORANDUM**

COMES NOW Plaintiff Jacob Crumpley (hereinafter "Plaintiff"), by and through his undersigned attorneys, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, and for his Motion to Defer Ruling on Opposition to Defendant Associated Wholesale Grocers, Inc.'s (hereinafter "Defendant AWG") Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted or, in the Alternative, for Summary Judgment (hereinafter "Motion for Summary Judgment") (Doc. 59), states that at this time he cannot present certain facts essential to justify his opposition to Defendant AWG's Motion for Summary Judgment. A Memorandum in Support, along with an attached affidavit is filed herewith. Plaintiff respectfully requests this Court, pursuant to Fed. R. Civ. P. 56(d)(1) deny or defer ruling on the Motion for Summary Judgment, or, pursuant to Fed. R. Civ. P. 56(d)(2), allow Plainttiff time to obtain affidavits and to take discovery.

In the alternative, Plaintiff requests leave to file a surreply to Defendant AWG's Motion

for Summary Judgment at this time.

WHEREFORE, Plaintiff Jacob Crumpley humbly requests that this Court enter an Order Denying Defendant Associated Wholesale Grocers, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted or, in the Alternative, for Summary Judgment (Doc. 59), or enter an Order deferring ruling on said Motion until the close of discovery pursuant to Fed. R. Civ. P. 56(d)(1), or, in the alternative, allowing Plaintiff time to obtain affidavits and take discovery pursuant to Fed. R. Civ. P. 56(d)(2), and for any further relief which this Court deems just and proper. If the Court will not grant such motion, Plaintiff requests leave to file a Surreply Memorandum in Opposition at this time.

Respectfully submitted,

By: /s/ *Alexander Edelman*
Alexander Edelman,    #KS- 25821
Katherine E. Myers,    #KS- 25833
Edelman, Liesen & Myers, L.L.P.
4051 Broadway, Suite 4
Kansas City, MO 64111
816-533-4976
Fax: 816-463-8449
aedelman@elmlawkc.com
kmyers@elmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2017, a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Sean M. Sturdivan
Kaitlin Marsh-Blake
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100 Fax: (913) 234-6199
s.sturdivan@swrllp.com
K.marsh-blake@swrllp.com
ATTORNEYS FOR DEFENDANT CLARENCE M. KELLEY & ASSOC.

Karen R. Glickstein
Katharine K. Sangha
POLSINELLI PC
900 West 48th Place
Kansas City, MO 64112
Phone: 816-753-1000
Fax: 816-753-1536
kglickstein@polsinelli.com
ksangha@polsinelli.com
ATTORNEYS FOR DEFENDANT ASSOCIATED WHOLESALE GROCERS, INC.

By:  /s/ *Alexander Edelman*
ALEXANDER EDELMAN
ATTORNEY FOR PLAINTIFF